IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MONSTER ENERGY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DROPSHIPPING 05 STORE, et al.,<br><br>Defendants. | Case No. 21-cv-04620<br><br>**Judge Robert M. Dow Jr.**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Monster Energy Company ("MEC" or "Plaintiff"), hereby dismisses this action, with prejudice, as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| Longer Road | 118 |

| | |
|---|---|
| Dated this 30th day of December 2021. | Respectfully submitted, |
| | /s/ Allyson M. Martin<br>Amy C. Ziegler<br>Justin R. Gaudio<br>Allyson M. Martin<br>Thomas J. Juettner<br>Greer, Burns & Crain, Ltd.<br>300 South Wacker Drive, Suite 2500<br>Chicago, Illinois 60606<br>312.360.0080<br>312.360.9315 (facsimile)<br>aziegler@gbc.law<br>jgaudio@gbc.law<br>amartin@gbc.law<br>tjjuettner@gbc.law<br><br>*Counsel for Plaintiff Monster Energy Company* |